1
2
3
4
5
6
7
8
9
10     UNITED STATES DISTRICT COURT
11     DISTRICT OF NEVADA

12  MICHAEL IOANE,                         )
                                           ) Case No. 3:09-cv-243-RCJ-RAM
13            Plaintiff,                   )
                                           )
14  v.                                     )
                                           )  ORDER
15  INTERNAL REVENUE SERVICE,              )
                                           )
16            Defendant.                   )
                                           )
17  _____

18     Upon consideration of the Defendant's Motion to Extend Time to File Motion for
19  Summary Judgment on Plaintiff's Fourth Cause of Action (First Request); any opposition; and
20  the Court finding that good cause exists for granting the relief sought; it is hereby
21     ORDERED that the Defendant's Motion to Extend Time to File Motion for Summary
22  Judgment on Plaintiff's Fourth Cause of Action (First Request) is granted; and further
23
24
25     //
26     //

ORDERED that the time for the Defendant to file a motion for summary judgment on Plaintiff's fourth cause of action is extended until November 24, 2010.

DATE: October 25, 2010

_____
UNITED STATES MAGISTRATE JUDGE

END OF ORDER

cc:   Geoffrey J. Klimas
      Michael Ioane

-2-